IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| PATRICIA AMMERMAN; and HARRIS S. AMMERMAN,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID LLOYD FISHER, *et al.*,<br><br>Defendants. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br>Case No. 2:24-cv-00790-JNP-DAO<br><br>Chief District Judge Jill N. Parrish<br>Magistrate Judge Daphne A. Oberg |

Plaintiffs Patricia and Harris Ammerman (the "Plaintiffs"), proceeding without a lawyer,[1] sued the various individuals and companies (collectively, the "Defendants"), alleging that the Defendants committed wide-ranging fraud in the course of operating a Racketeering Enterprise. ECF No. 1 ⁋⁋ 37–214. The Plaintiffs assert claims under the Racketeer Influenced and Corrupt Organizations Act ("RICO"), as well as several related state law claims. *Id.* at ⁋⁋ 215–352. Defendant Andre Ester moved to dismiss the claims against him for lack of personal jurisdiction with respect to the RICO claims, failure to state a RICO claim, and lack of jurisdiction over the state claims. *See* ECF No. 125. Magistrate Judge Daphne A. Oberg issued a Report and Recommendation in which she recommended that the court deny Mr. Ester's motion to dismiss. ECF No. 32, p. 2. Magistrate Judge Oberg notified the parties that a failure to file a timely objection to the Report and Recommendation could waive any objections to it. *Id.* at 35–36. Neither party filed an objection within the allotted time.

[1] Mr. Ammerman is an attorney but is not licensed to practice in Utah. *See* ECF No. 132, n. 1; ECF No. 59, p. 3.

Because the parties did not object to the Report and Recommendation, they waived any argument that it was in error. *See United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996). The court will decline to apply the waiver rule only if "the interests of justice so dictate." *Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991). The court has reviewed the Report and Recommendation and concludes it is not clearly erroneous. Thus, the court finds that the interests of justice do not warrant deviation from the waiver rule.

Accordingly, the court ORDERS as follows:

1. The Report and Recommendation for Dismissal (ECF No. 132) is ADOPTED IN FULL.
2. Mr. Ester's motion to dismiss (ECF No. 125) is DENIED.

DATED October 28, 2026.

BY THE COURT

Jill N. Parrish
Chief United States District Judge
District of Utah